# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv103

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for The Bank of Asheville, and **WELLSTAR FINANCIAL SERVICES CORPORATION**, )<br><br>Plaintiffs, )<br><br>v. )<br><br>**G. GORDON GREENWOOD**, )<br><br>Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is the Consent Motion to Stay Initial Attorney's Conference [# 5]. Plaintiffs move for a thirty day extension of time to conduct the initial attorney conference in accordance with Local Rule 16.1. Defendant consents to the extension of time. For good cause shown, the Court **GRANTS** the Consent Motion to Stay Initial Attorney's Conference [# 5]. That parties shall have until June 23, 2011, to conduct the initial attorney's conference.

Signed: May 26, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge