IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv103

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for The Bank of Asheville, and WELLSTAR FINANCIAL SERVICES CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| G. GORDON GREENWOOD, | ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court are the Motion to Quash Subpoena [# 23] and Motion to Withdraw Motion to Quash [# 25]. Nonparty Patti Blenden moved to quash a subpoena ordering her to appear for a deposition. Pursuant to an agreement between the parties, the deposition of Blenden went forward on April 16, 2012, subject to specific objections. Blenden now moves the Court to allow her to withdraw the Motion to Quash without waiving or impairing any of her rights. The Court **GRANTS** the Motion to Withdraw [# 25] and **GRANTS** Nonparty Patti Blenden leave with **WITHDRAW** the Motion to Quash [# 23] without waiving any of the issues she raised in the motion. The Court **DIRECTS** the Clerk to **TERMINATE** the submission of the Motion to Quash [# 23] to the

Court.

Signed: April 30, 2012

Dennis L. Howell
United States Magistrate Judge