THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv103

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK OF ASHEVILLE, <br><br> Plaintiff, <br><br> vs. <br><br> G. GORDON GREENWOOD, <br><br> Defendant. | **MEMORANDUM OF DECISION AND ORDER** |

**THIS MATTER** is before the Court on the Defendant's Motion [Doc. 46] to be returned by the United States Marshal's Service to the Federal Correctional Institution in Edgefield, South Carolina ("FCI Edgefield").

The Defendant reported to federal custody at FCI Edgefield on June 28, 2012. He was held there until August 1, 2012, when he was returned to this District for certain court proceedings. The Defendant is currently being held at the Buncombe County Detention Center awaiting the trial of this matter, which is scheduled to begin during the Court's September 10, 2012 term. The Defendant contends, however, that his continued presence in this District in

connection with the trial of this action is not necessary, and he therefore requests that he be returned to FCI Edgefield.

For the reasons stated in the Defendant's Motion, the Court will grant the requested relief.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 46] is **GRANTED**, and the Defendant shall be returned by the United States Marshal's Service to FCI Edgefield.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Plaintiff, counsel for the Defendant, and the United States Marshal's Service.

**IT IS SO ORDERED.**

Signed: August 7, 2012

Martin Reidinger
United States District Judge